UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR 1:14-078 |
| ) | |
| KHILLE D. JACKSON ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**Kirk Emerson Gilliard,** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Kirk Emerson Gilliard** be granted leave of absence for the following period: **January 29, 2015 through February 2, 2015.**

This ___ day of December, 2014.

_____
HONORABLE J. RANDAL HALL
United States District Judge
Southern District of Georgia